NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES A. ALLEN, SR.,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7101

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 12-392, Chief Judge Bruce E. Kasold.

---

**ON MOTION**

---

**O R D E R**

Charles A. Allen, Sr. moves for relief from the requirement that he file copies of his informal brief with the court and with the appellee.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.  Copies must be provided.

FOR THE COURT

**JUN 0 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Charles A. Allen, Sr.
     Daniel Rabinowitz, Esq.

s24

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK